AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 27, 2025*

Nathan Ochsner, Clerk of Court

United States of America
v.
Moctezuma RUIZ-CORTE
YOB: 1986
Citizenship: Mexico

)
)
)
)
)
)
)

Case No. **4:25-mj-0397**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 22, 2025__ in the county of __Harris County__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956 | Laundering monetary instruments |

This criminal complaint is based on these facts:

See Atachment

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Hansen, DEA SA
*Printed name and title*

Sworn to before me and signed via telephone.

Date: June 27, 2025

*Judge's signature*

City and state: Houston, Texas

United States Magistrate Judge Peter Bray
*Printed name and title*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AGAINST MOCTEZUMA RUIZ-CORTE

I, Joshua Hansen, being duly sworn, do hereby depose and state:

1. I am a Special Agent of the Drug Enforcement Administration (DEA), within the meaning of Title 18, United States Code § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code § 2516. I am responsible for conducting and assisting in investigations into violations of US narcotics laws. I have been a Special Agent since January 2013. I received eighteen weeks of training in drug investigations and related legal matters at the DEA Training Academy in Quantico, Virginia. Prior to being a Special Agent, I was a Sergeant with the Montgomery County Precinct Three Constable's office in Montgomery County, Texas for approximately nine (9) years. I have received courses of instruction from DEA relative to the investigative techniques and the conducting of drug and financial investigations. I have participated in and conducted investigations which have resulted in the arrests of individuals who have smuggled, received and distributed controlled substances, including marijuana, cocaine, methamphetamine, and heroin, as well as the seizure of illegal drugs and proceeds of the sale of those illegal drugs. In addition, I have conducted, in connection with these and other cases, follow up investigations concerning the concealment of drug produced assets, money, bank records, etc., and the identification of drug conspirators through the use of ledgers, telephone bills and records, photographs and bank checks, as related to drug trafficking. I have participated in investigations involving the interception of wire and electronic communications and am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing drugs, their use of cellular devices, and their use of numerical codes and code words to conduct their illegal transactions.

1

2.      The facts contained in this affidavit are based on my knowledge, training, and experience and upon information provided to me by other law enforcement officers and individuals. Since this affidavit is made for the limited purpose of supporting probable cause for a Criminal Complaint, I have not set forth every fact learned during the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

3.      Since July 2023, FBI Bogota Country Office, DEA Bogotá Country Office (BCO), DEA Houston Field Division (HFD) and the FBI Houston Division Office, have been conducting an international joint-investigation targeting the Diego MARIN-BUITRAGO ("MARIN-BUITRAGO") Money Laundering Organization (MLO), that is laundering drug proceeds from the United States to Colombia, Europe, Mexico, and other countries not yet identified. The MLO is utilizing various money laundering methods to include the repatriation of drug proceeds through cryptocurrency platforms, as well as the placement, layering, and integration into the U.S. financial system, then delivering bulk cash to Drug Trafficking Organizations (DTOs) in Colombia.

4.      Jaime Fernando ILLIDGE-PEREZ ("ILLIDGE-PEREZ") is a money laundering broker based in Colombia and associate of MARIN-BUITRAGO who brokers drug proceed pick-ups in the United States and Mexico for transfer or transport to Mexico and Colombia, on behalf of the MARIN-BUITRAGO MLO. The joint investigation of the MARIN-BUITRAGO DTO involves undercover law enforcement personnel and confidential sources who have contact with ILLIDGE-PEREZ and his associates.

5.      On May 22, 2025, ILLIDGE-PEREZ requested assistance with a pickup and transfer of drug proceeds in the Rosenburg, Texas area. ILLIDGE-PEREZ wanted the undercover

agent (UC) to pick up $100,000 in bulk cash and transfer the cash to a crypto-currency wallet controlled by ILLIDGE. The DTO utilizes this method of transferring bulk cash through a network of associates, depositing the bulk cash into financial institutions and then converting into crypto-currency in order to perform fast transfers and repatriation of drug proceeds back to the drug sources of supply and to avoid possible loss of the currency due to law enforcement interdiction.

6. On that same date, FBI and DEA Strike Force Agents and TFOs conducted an undercover operation in Rosenburg, Texas where a DEA UC agent met with and received $100,020 in drug proceeds from a male subsequently identified as Moctezuma RUIZ-CORTE ("RUIZ-CORTE"). Agents subsequently transferred the money to associates of ILLIDGE-PEREZ via undercover crypto-currency wallet transfers.

7. Following the receipt of the $100,020 in suspected drug proceeds from RUIZ-CORTE, agents conducted surveillance of RUIZ-CORTE after he left the meeting location and followed him to his residence located at 5134 Cotter Lane, Rosenburg, Texas 77471. RUIZ-CORTE was driving a white Chevrolet Silverado, not registered to him or the address. After arriving at the residence, RUIZ-CORTE parked in the driveway and went inside the residence. Approximately twenty (20) minutes after arriving, RUIZ-CORTE exited the residence and departed the residence in the white Chevrolet Silverado and drove towards Missouri City, Texas.

8. Agents continued surveillance of RUIZ-CORTE as he drove to Missouri City, Texas. RUIZ-CORTE was subsequently traffic stopped by troopers from the Texas Department of Public Safety for multiple traffic violations. During the stop, DPS troopers identified RUIZ-CORTE by his New Jersey driver's license as Moctezuma RUIZ-CORTE. Subsequent Homeland Security Investigation (HSI) database checks regarding RUIZ-CORTE showed that he was Mexican citizen who entered the United States on a Visa that expired in 1990.

9. Agents approached RUIZ-CORTE at the traffic stop to discuss his status in the United States and association with money laundering for the Gulf Cartel. RUIZ-CORTE acknowledged his association with money laundering and that he was in the country illegally. RUIZ-CORTE agreed to cooperate with agents to further the investigation and requested a few days to gather information to debrief agents on the money laundering organization members he had been meeting. RUIZ-CORTE was released from the traffic stop in furtherance of the investigation.

10. Follow up surveillance of RUIZ-CORTE, revealed that RUIZ-CORTE has not been staying at the Cotter lane address in Rosenburg, Texas following the traffic stop and vehicles associated to him have not been cataloged in license plate reader databases for the past four weeks.

11. Based on the foregoing facts, I believe that there is probable cause to believe that on May 22, 2025, Moctezuma RUIZ-CORTE committed the offense of money laundering in violation of Title 18 United States Code 1956.

Special Agent Joshua Hansen
Drug Enforcement Administration

Sworn to and subscribed telephonicaly on this the 27th day of June 2025 and I find probable cause.

Peter Bray
United States Magistrate Judge

4